TIMOTHY ROGERS *et al.*, Plaintiffs in Error, *v.* GEORGE W. WARD, Defendant in Error.

23 473
Case 1
198 540

### ERROR TO ADAMS.

DAVID V. N. RADCLIFF *et al.*, Plaintiffs in Error, *v.* ALBERT
H. PIERCE, Defendant in Error.
THE SAME *v.* ALBERT H. PIERCE.
THE SAME *v.* DAVID M. REESE *et al.*
THE SAME *v.* DAVID V. CROSBY *et al.*
THE SAME *v.* DAVID W. WATSON *et al.*
THE SAME *v.* JOHN P. USHER *et al.*
THE SAME *v.* THOMAS B. JOHNS.

### ERROR TO COLES.

Where a petition for a mechanics' lien fails to show, that by the contract between the parties, the work was to be completed within two years; it is insufficient to found a decree upon.

IN the foregoing cases the petitions omitted to show that the work was to be completed within two years. This decision has been so often reported, that a further statement is deemed unnecessary.

CATON, C. J. These were all petitions for mechanics' liens, and in none of them do the petitioners show, that by the contracts, the work was to be completed within two years from the time when the contracts were made. It has been repeatedly decided by this court, that this objection is fatal, for which the decrees must be reversed and the suits remanded.

*Decrees reversed.*